UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL HOGAN,

   Plaintiff,

v.                                          Case No. 5:25-cv-224-MCR-MJF

D. ROBERTSON, et al.,

   Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated October 9, 2025, ECF No. 8. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference into this Order.

2. This civil action is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b), for failure to state a claim on which relief may be granted.

      3.      The clerk of court will enter judgment accordingly and close this case file.

**DONE and ORDERED** this 10th day of February 2026.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**